# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

FREE ACCESS & BROADCAST
TELEMEDIA, LLC, *et al.*,

                *Petitioners*,

v.

FEDERAL COMMUNICATIONS
COMMISSION, *et al.*,

                *Respondents*.

Case No. 15-1346

MAKO COMMUNICATIONS, LLC, *et al.*,

                *Petitioners*,

v.

FEDERAL COMMUNICATIONS
COMMISSION, *et al.*,

                *Respondents*.

Case Nos. 15-1264, 15-1280

**RESPONSE OF PETITIONERS FREE ACCESS & BROADCAST
TELEMEDIA, LLC AND WORD OF GOD FELLOWSHIP, INC.,
TO MAKO COMMUNICATIONS, LLC'S RESPONSE
TO THE FCC'S UNOPPOSED MOTION TO CONSOLIDATE**

1

Petitioners Free Access & Broadcast Telemedia, LLC ("Free Access") and Word of God Fellowship, Inc. ("Word of God Fellowship") file this in response to the filing of petitioner Mako Communications, LLC ("Mako") dated November 25, 2015 [Doc. 1585377], which states Mako's position on the Federal Communications Commission's pending unopposed motion to consolidate several petitions for review. We do not oppose Mako's specific requests, but we submit this explanation of our own position, in order to ensure that our own rights are not prejudiced by Mako's request.

For purposes of clarity, we begin with a summary of the three petitions' current status, and then offer our own position on the FCC's motion and Mako's response.

## Background

This filing concerns three petitions for review currently pending before the Court. All three petitions challenge the same orders of the Federal Communications Commission (FCC). Two of those cases, *Mako Communications, LLC v. FCC* (No. 15-1264) and *Beach TV Properties, Inc. v. FCC* (No. 15-1280), already have been consolidated and are the

2

subject of a briefing schedule issued by the Court on October 20, 2015 [Doc. 1579034].

The third petition for review, *Free Access & Broadcast Telemedia, LLC v. FCC* (No. 15-1346), which we timely filed on October 5, 2015 [Doc. 1576843], has not yet received a briefing schedule from the Court. Nor has it been consolidated yet with the other two petitions: the FCC filed a motion to consolidate this petition with the others on Nov. 6, 2015 [Doc. 1582334], pursuant to the schedule for preliminary filings that the Court issued on October 7, 2015 [Doc. 1576971]; the Court has not yet acted on that motion.

Furthermore, one of the two petitioners in our own case, Free Access, is an intervenor in the first two cases. But the second petitioner in our case, Word of God Fellowship, is not an intervenor in the first two cases.

In its filing of November 25, Mako states that it does not object to consolidation, "provided the current briefing dates ordered by this Court on October 20, 2015, remain, and further provided that Mako retain the right to file a separate joint brief with Petitioner Beach TV Properties

3

. . . as ordered by this Court on October 20, 2015." *See* Mako Response at p. 2 (Nov. 25, 2015) [Doc. 1585377].

### Position of Free Access and Word of God Fellowship

As indicated in the FCC's motion to consolidate the cases, Free Access and Word of God Fellowship do not oppose the FCC's motion to consolidate.

Furthermore, Free Access and Word of God Fellowship agree with Mako and Beach TV's request for separate petitioner briefs—*i.e.*, for Mako and Beach TV to file one joint petitioner brief (and reply brief), and for Free Access and Word of God Fellowship to file a separate joint petitioner brief (and reply brief). Separate briefing is justified in light of the significantly different issues raised by the two sets of petitioners.[1]

And Free Access and Word of God Fellowship take no position on Mako's request regarding the briefing schedule already set for Mako's and Beach TV's briefs in their cases.

---

[1] *See* Free Access's and Word of God Fellowship's Statement of Issues, Case No. 15-1346 (Nov. 6, 2015) [Doc. 1582458] *and* Mako's Statement of Issues, Case Nos. 15-1264 & 15-1280 (Sept. 9, 2015) [Doc. 1572159].

4

But we respectfully urge the Court *not* to take the further step of requiring petitioners Free Access and Word of God Fellowship to adhere to the briefing schedule issued to petitioners Mako and Beach TV. Free Access and Word of God fellowship have not yet received a briefing schedule in our own case. While we welcome expedited review of the case, it would be deeply prejudicial to require us to file our opening brief on December 4, the deadline for Mako's and Beach TV's opening brief. This case involves significant constitutional and regulatory issues, and cannot realistically be briefed within a six-business-day window.

## Summary and Conclusion

Again, Free Access and Word of God Fellowship do not oppose the FCC's motion to consolidate, we agree with Mako's request for separate petitioner briefs, and we take no position on Mako's request that its petitions maintain their current briefing schedule.

But regardless of how the Court ultimately resolves the Commission's unopposed motion and the requests contained in Mako's response, we emphatically urge the Court not to require Free Access and Word of God Fellowship to adhere to a briefing schedule which

5

requires us to file our opening brief on December 4, merely *six business days* from now.

                                              Respectfully submitted,

                                              /s/ Adam J. White

| | |
|---|---|
| Glenn B. Manishin | Adam J. White |
| PARADIGMSHIFT LAW LLP | BOYDEN GRAY & ASSOCIATES PLLC |
| 3920 8th Street S. | 1627 I St. NW, Suite 950 |
| Arlington, VA 22004 | Washington, DC 20006 |
| (202) 256-4600 | (202) 706-5488 |
| glenn@manishin.com | adam@boydengrayassociates.com |

*Counsel for Petitioners*
*Free Access & Broadcast Telemedia, LLC and*
*Word of God Fellowship, Inc.*

                                              Robert Olender
                                              KOERNER & OLENDER PC
                                              7020 Richard Drive
                                              Bethesda, MD 20817
                                              (301) 468-3336
                                              rolender.law@comcast.net

*Co-counsel for Petitioner Word of God Fellowship, Inc.*

November 26, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Adam J. White
Adam J. White
BOYDEN GRAY & ASSOCIATES PLLC
