# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 15-1346**  September Term, 2015

FCC-80FR46824

Filed On: November 30, 2015 [1585730]

Free Access & Broadcast Telemedia, LLC
and Word of God Fellowship, Inc.,

    Petitioners

    v.

Federal Communications Commission and
United States of America,

    Respondents

## O R D E R

Upon consideration of the motion to consolidate No. 15-1346 with Nos. 15-1264, et al., and the responses thereto, it is

**ORDERED** that No. 15-1346 be argued on the same day and before the same panel as Nos. 15-1264, et al. The following briefing schedule will apply in No. 15-1346:

| | |
|---|---|
| Petitioners' Brief | December 30, 2015 |
| Respondents' Brief | January 29, 2016 |
| Petitioners' Reply Brief | February 12, 2016 |
| Deferred Appendix | February 19, 2016 |
| Final Briefs | February 26, 2016 |

All issues and arguments must be raised by petitioners in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

The court reminds the parties that

In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1346**                              **September Term, 2015**

establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

To enhance the clarity of their briefs, the parties are cautioned to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 41 (2015); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

BY:    /s/
          Mark A. Butler
          Deputy Clerk